Oak–Hee RUESCH, Plaintiff,
Appellant,

v.

William P. DILLON, et al.,
Defendants, Appellees.

No. 01–1281.

United States Court of Appeals,
First Circuit.

Nov. 7, 2002.

Oak–Hee Ruesch on brief pro se.

Before BOUDIN, Chief Judge, SELYA and LIPEZ, Circuit Judges.

PER CURIAM.

We *affirm* the district court's dismissal of plaintiff's complaint substantially for the reasons set forth in the court's memorandum order of November 15, 2000. Plaintiff's later motion for reconsideration and new pleading did not cure the complaint's

defects nor otherwise show cause why the complaint should not be dismissed.

*Affirmed.*